IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRI NGUYEN,

    Plaintiff,                        No. 2:08-cv-2983 JAM JFM (PC)

   vs.

JOSEPH BICK, et al.,

    Defendants.              <u>ORDER</u>

/

Plaintiff has requested an extension of time to file an application to proceed in forma pauperis pursuant to the court's order of February 13, 2009. On March 12, 2009, plaintiff filed the application. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's March 12, 2009 request for an extension of time is granted; and

    2. Plaintiff's March 23, 2009 application is deemed timely filed.

DATED: March 27, 2009.

                                            UNITED STATES MAGISTRATE JUDGE

/kly;001
nguy2983.36