IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRI NGUYEN,

        Plaintiff,              No. 2:08-cv-2983 JAM JFM (PC)

   vs.

JOSEPH BICK, et al.,

        Defendants.     <u>ORDER</u>

                             /

        Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On December 1, 2010, plaintiff filed his fourth request for the appointment of counsel. Plaintiff's previous requests were filed on May 5, 2009, August 13, 2009, and November 10, 2009. All requests were denied. In light of those orders, IT IS HEREBY ORDERED that plaintiff's December 1, 2010, request is denied.

DATED: December 14, 2010.

                                        UNITED STATES MAGISTRATE JUDGE

/kly014;nguy2983.31thr