IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRI NGUYEN,

     Plaintiff,                    No. 2:08-cv-2983 JAM JFM (PC)

    vs.

JOSEPH BICK, et al.,              <u>ORDER AND</u>

     Defendants.            <u>FINDINGS & RECOMMENDATIONS</u>

_____/

        By order filed November 22, 2010, this court directed plaintiff to file a pretrial statement on or before December 1, 2010. Plaintiff has not responded to the court's order. The court will therefore recommend that this action be dismissed without prejudice. <u>See</u> Fed. R. Civ. P. 16(f); Local Rule 110.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Defendants are relieved from filing a pretrial statement.

        2. The pretrial conference set for December 22, 2010 is vacated; and

        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. <u>See</u> Fed. R. Civ. P. 16(f); Local Rule 110.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen

1

1 days after being served with these findings and recommendations, any party may file written
2 objections with the court and serve a copy on all parties.  Such a document should be captioned
3 "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the
4 objections shall be filed and served within fourteen days after service of the objections.  The
5 parties are advised that failure to file objections within the specified time may waive the right to
6 appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
7 DATED: January 3, 2011.

UNITED STATES MAGISTRATE JUDGE

/014;nguy2983.fpt